1 | REDEFINE LAW FIRM, INC.
2 | BABAK LALEZARI (SBN 261703)
  | BLalezari@redefinelawfirm.com
3 | 4311 Wilshire Blvd., Suite #205
  | Los Angeles, CA 90010
4 | Telephone:   (310) 571-5297
  | Facsimile:   (310) 684-5793
5 |
  | Attorney for Defendant
6 | Altisource Solutions, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| BEATRIZ CARBAJAL,<br><br>        Plaintiffs,<br><br>   v.<br><br>HSBC BANK USA, N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST AND FOR THE REGISTERD HOLDERS OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST SERIES 2007-HE5, ASSET BACKED, PASS-THROUGH CERTIFICATES; OCWEN LOAN SERVICING, LLC, a Delaware limited liability company; ALTISOURCE SOLUTIONS, INC.; and DOES 2 through 10, inclusive,<br><br>        Defendants. | Case No. 02:16-cv-9297<br><br>**DEFENDANT ALTISOURCE SOLUTIONS, INC.'S CORPORATE DISCLOSURE AND CERTIFICATION AS TO INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND PLAINTIFF AND THEIR COUNSEL OF RECORD:

The undersigned, counsel of record for Defendant Altisource Solutions, Inc., certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Plaintiff Beatriz Carbajal;
2. Defendant HSBC Bank, N.A., as trustee on behalf of Ace Securities Corp. Home Equity Loan Trust And For The Registered Holders of Ace Securities Corp. Home Equity Loan Trust, Series 1007-HE5, Asset Backed, Pass-Through Certificates;
3. Defendant Ocwen Loan Servicing, LLC; and
4. Defendant Altisource Solutions, Inc. (the indirect, wholly owned subsidiary of Altisource Portfolio Solutions S.A., which is publicly traded).

These representations are made solely in order that the Judges of this Court may determine the need for recusal.

DATED: December 16, 2016     **REDEFINE LAW FIRM, INC.**

*/s/ Babak Lalezari*
Babak Lalezari
Attorney for Defendant Altisource Solutions, Inc.

---

1
**CERTIFICATION AS TO INTERESTED PARTIES**

## PROOF OF SERVICE

I, **Babak Lalezari**, declare as follows:

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 4311 Wilshire Blvd., Suite #205, Los Angeles, California 90010, in said County and State.

On December 16, 2016, I served the parties with:

**DEFENDANT ALTISOURCE SOLUTIONS, INC.'S CORPORATE DISCLOSURE AND CERTIFICATION AS TO INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1**

by the following means of service:

| | |
|---|---|
| Bobby B. Ashrafi, Esq.<br>Boss Law Firm APLC<br>409 Camino Del Rio South, Suite 201<br>San Diego, CA 92108<br>Phone: (619) 234-1776<br>Fax: (858) 444-3817<br>Attorney for Plaintiff | Dhruv M. Sherma, Esq.<br>Brian A. Paino, Esq.<br>McGlinchey Stafford LLP<br>18201 Von Karman Ave., Suite 350<br>Irvine, CA 92612<br>Attorneys for HSBC Bank USA, N.A., etc.; and Ocwen Loan Servicing, LLC |

      **BY CM/ECF Electronic Service:** I caused such document to be served via the Court's (NEF) electronic filing system on all registered parties.

☑    **BY UNITED STATES MAIL:** I placed a true copy in a sealed envelope or package addressed to the persons as indicated above, on the above-mentioned date, and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited with the U.S. Postal Service in the ordinary course of business in a sealed envelope with postage fully prepaid. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing set forth in this declaration.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 16, 2016 in Los Angeles, California.

                                          */s/ Babak Lalezari*
                                            Babak Lalezari