# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BEATRIZ CARBAJAL,<br><br>Plaintiff,<br><br>v.<br><br>HSBC BANK USA, N.A., *et al.*,<br><br>Defendants. | Case No.: 2:16-cv-9297 PSG (FFMx)<br><br>[proposed] **ORDER DISMISSING ACTION WITH RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT** |

The Court, having considered the Stipulation for Order Dismissing Action and Court Retention of Jurisdiction to Enforce Settlement, and good cause appearing,

IT IS HEREBY ORDERED:

1. The Second Amended Complaint (Dkt. # 55) is dismissed with prejudice.

2. Each party to this action shall bear its own costs and attorneys' fees.

3. The Court reserves and retains jurisdiction to enforce the settlement of the parties in accordance with the terms of either the accepted Mediator's Proposal of Mediator Richard Chernick, Esq., as of June 6, 2018, or any more formal settlement agreement entered into among them.

/ / /

Dated: 7/16/18

PHILIP S. GUTIERREZ
United States District Judge

2

**ORDER DISMISSING ACTION WITH RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT**